IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **TAMMY MOORE,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **VELMA LAFAYE FRAZIER,** : <br> **UNITED STATES OF AMERICA, and** : <br> **UNITED STATES POSTAL SERVICE,** : <br> : <br> **Defendants.** : <br> _____ : | **CASE NO: 7:23-CV-79  (WLS)** |

### ORDER

Before the Court is Plaintiff's Voluntary Dismissal Without Prejudice (Doc. 5) ("Notice") filed on July 27, 2023. Therein, Plaintiff cites to Rule 41 of the Federal Rules of Civil Procedure to dismiss without prejudice as to all claims in the above-captioned action.. Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without the entry of a court order before the opposing party serves either an answer or a motion for summary judgment. The Docket does not reflect Defendants' service of an answer or a motion for summary judgment.

For the purpose of completing the record, the Court acknowledges and **CONFIRMS** Plaintiff's Notice. The above-captioned action is **DISMISSED WITHOUT PREJUDICE**. Pursuant to her Notice, Plaintiff shall pay her own costs and fees associated with this dismissal and shall recover nothing of Defendants.

**SO ORDERED**, this 2nd day of August 2023.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**