IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TAMMY MOORE, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-79 (WLS) |
| | * |
| VELMA LAFAYE FRAZIER, UNITED STATES OF AMERICA, and UNITED STATES POSTAL SERVICE, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 2, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of August, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk